SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431

Attorneys for Defendant
    RONNIE HENDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 14-0145 PJH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [proposed] |
| v. | ) | ORDER TO CONTINUE |
| | ) | DETENTION HEARING |
| RONNIE HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant RONNIE HENDERSON was arraigned on the Indictment in this matter on April 1, 2014, and the government asked that Mr. Henderson be detained. The Court set the detention hearing for April 4, 2014 at 9:30 a.m.

Due to the unexpected unavailability of defense counsel, the parties STIPULATE to continue the detention hearing to April 8, 2014 at 9:30 a.m.

DATED: April 3, 2014               /s/
                                   Kimberly Hopkins
                                   Assistant United States Attorney

DATED: April 3, 2014               /s/
                                   Scott A. Sugarman
                                   Attorney for RONNIE HENDERSON

SO ORDERED.

DATE: 4/3/14                       _____
                                   KANDIS A. WESTMORE
                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION HEARING
No. CR 14-0145 PJH